In the Matter of H.M., Appellant, v E.T., Respondent.

Submitted January 11, 2010; decided January 14, 2010

Reported below, 65 AD3d 119.

Motion by New York City Bar Association for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

KIMBERLY HURRELL-HARRING et al., on Behalf of Themselves and All Others Similarly Situated, Appellants, v STATE OF NEW YORK et al., Respondents.

Submitted January 11, 2010; decided January 14, 2010

Reported below, 66 AD3d 84.

Motion by District Attorneys Association of the State of New York for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and 24 copies filed within seven days.

In the Matter of SONYA LATIMORE (Admitted as SONYA WHITTEN LATIMORE), a Suspended Attorney, Appellant. DEPARTMENTAL DISCIPLINARY COMMITTEE FOR THE FIRST JUDICIAL DEPARTMENT, Respondent.

Submitted December 21, 2009; decided January 14, 2010

Reported below, 2009 NY Slip Op 74563(U).

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

NAVARONE PRODUCTIONS, N.V., Plaintiff, v HSBC GIBBS GULF INSURANCE CONSULTANTS LIMITED et al., Defendants. SONY PICTURES ENTERTAINMENT, INC., Interpleading Plaintiff-Respondent, v NAVARONE PRODUCTIONS, N.V., et al., Interpleaded Defendants-Respondents, and WILLIAM RAMBAUM, as Personal Representative of the Estate of EBERHARD KUEHL, Deceased, Interpleaded Defendant-Appellant, et al., Interpleaded Defendants.

Submitted October 19, 2009; decided January 14, 2010

Reported below, 65 AD3d 868.

Motion for leave to appeal dismissed upon the ground that